

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/12/2008

| | | |
|---|---|---|
| IN RE: | § | |
| MICAELA NUNEZ | § | CASE NO: 04-30212 |
| Debtor(s) | § | |
| | § | CHAPTER 13 |

## ORDER DENYING PAYMENT OF UNCLAIMED FUNDS

The clerk holds unclaimed funds deposited by the trustee. The funds were originally payable to:

    Sam W. Streeter
    The Solis Law Firm.

Mr. Streeter seeks the funds. The Solis Law Firm has not joined in the request. Accordingly, the application is denied without prejudice.

SIGNED August 11, 2008.

                                                    Marvin Isgur
                                UNITED STATES BANKRUPTCY JUDGE